1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     LOY LOUIS RACKLEY,                                No.  2:21-cv-1784-EFB P

12                    Petitioner,

13              v.                                       ORDER AND FINDINGS AND
                                                         RECOMMENDATIONS
14     MARCUS POLLARD, Warden,

15                    Respondent.

16

17          On October 12, 2021, the court ordered a response from respondent with respect to

18     petitioner's filing of an application for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254,

19     wherein counsel for petitioner sought a stay and abeyance, setting forth exhausted claims

20     concerning sufficiency of the evidence, with unexhausted claims pending in the California

21     Supreme Court.  ECF No. 5.

22          Respondent does not oppose petitioner's motion for a *Rhines* stay to exhaust the claims

23     that petitioner has already raised and is currently pursuing in state court.  ECF No. 8.  Good cause

24     appearing, petitioner's motion for a stay and abeyance of the petition should be granted.  Pursuant

25     to *Rhines v. Weber*, 544 U.S. 269 (2005), petitioner shall notify the court within thirty days of the

26     claims being exhausted.

27     /////

28     /////

1    Accordingly, it is ORDERED that the Clerk of the Court shall randomly assign a United

2  States District Judge to this action.

3    Further, it is RECOMMENDED that:

4    1.  Petitioner's motion to stay (ECF No. 4) be granted and a stay in this matter be

5        imposed pending exhaustion of petitioner's state court remedies; and

6    2.  Within thirty days of the final adjudication by the California Supreme Court of

7        petitioner's pending petition, petitioner be directed to inform this court so that the stay

8        may be lifted.

9    These findings and recommendations are submitted to the United States District Judge

10  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

11  after being served with these findings and recommendations, any party may file written

12  objections with the court and serve a copy on all parties.  Such a document should be captioned

13  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

14  within the specified time may waive the right to appeal the District Court's order.  *Turner v.*

15  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

16  DATED:  December 7, 2021.

17

18    EDMUND F. BRENNAN
      UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28