UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOY LOUIS RACKLEY, | No. 2:21-cv-1784-JAM-EFB P |
| Petitioner, | |
| v. | ORDER |
| MARCUS POLLARD, Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 7, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 7, 2021, are adopted in full;
2. Petitioner's motion to stay (ECF No. 4) is granted and a stay in this matter is imposed pending exhaustion of petitioner's state court remedies; and
3. Within thirty days of the final adjudication by the California Supreme Court of petitioner's pending petition, petitioner is directed to inform this court so that the stay may be lifted.

DATED: February 8, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE