Timothy E. Warriner (SBN 166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141
tew@warrinerlaw.com

Attorney for Petitioner,
Loy Louis Rackley

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| LOY LOUIS RACKLEY,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>MARCUS POLLARD, Warden of Richard J. Donovan Correctional Facility,<br><br>　　　　Respondent. | No. 2:21-cv-01784 DAD-EFB<br><br>ORDER EXTENDING TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |

GOOD CAUSE APPEARING, the court hereby extends the time to file Objections to Findings and Recommendations to and including July 14, 2023.

DATED: June 15, 2023

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE